KEIPER et al. v. MILLER.

(Circuit Court of Appeals, Third Circuit. September 30, 1895.)

No. 21.

Appeal from the Circuit Court of the United States for the Eastern District of Pennsylvania.

This was a suit by Henry B. Keiper and Lanious B. Keiper against Charles Miller to restrain the infringement of a patent. The cause was heard in the circuit court on the pleadings and proofs, and the bill dismissed. 68 Fed. 627. Complainants appeal.

Jerome Carty, for appellants.

Butterworth & Dowell, for appellee.

Reversed, per stipulation of counsel, and remanded to the court below for further proceedings by agreed decree in the circuit court, as hereto annexed: First, that the equities are with the complainants; second, that the patent mentioned and described in the bill of complaint, and upon which suit is brought, granted to Samuel M. Brua, November 12, 1878 (No. 209,795), is valid, and the defendant has infringed the same in manner and form as in the bill of complaint alleged; and, third, all matters in controversy and claims in dispute between complainants and the defendant having been fully compromised, adjusted, and finally settled, an injunction and accounting are waived.

---

McDOWELL v. UNITED STATES.

(Circuit Court of Appeals, Fourth Circuit. February 11, 1895.)

No. 82.

Error to the District Court of the United States for the District of South Carolina.

Stanyarne Wilson, for plaintiff in error.

Wm. T. Murphy, U. S. Atty., for the United States.

Before FULLER, Circuit Justice, and GOFF, Circuit Judge.

Questions of law certified to the supreme court.

---

SIMONDS MANUF'G CO. et al. v. E. C. ATKINS & CO.

(Circuit Court of Appeals, Seventh Circuit. October 7, 1895.)

No. 244.

Appeal from the Circuit Court of the United States for the District of Indiana.

Causten Browne, for appellant.

Chester Bradford, for appellees.

Dismissed for failure to print record.